

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00345-CV

SCOTT MARTIN, APPELLANT

V.

POTTER COUNTY, ET AL, APPELLEES

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 20,354-D, Honorable Don R. Emerson, Presiding

October 20, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Scott Martin, filed a notice of appeal but did not pay the filing fee or offer proof of indigence. *See* TEX. R. APP. P. 5; 20.1. By letter of September 23, 2015, we directed Mr. Martin to pay the filing fee or file the required documents establishing indigence, by October 5. The letter further notified Mr. Martin that his appeal would be subject to dismissal without further notice should he fail to comply. *See* TEX. R. APP. P. 42.3(c).

Mr. Martin has made no response to our September 23 letter. Accordingly, the appeal is dismissed because of Mr. Martin's failure to comply with a requirement of the Rules of Appellate Procedure and an order of the Court. TEX. R. APP. P. 42.3(c).


James T. Campbell
Justice


Do not publish.